## BENJAMIN F. FREEMAN
### *v.*
### MARION R. DUNN *et ux.*

APPEAL from the Circuit Court of Knox county; the Hon. JOHN S. THOMPSON, Judge, presiding.

The facts in this case are the same as those stated in the opinion delivered in the next preceding case.

Messrs. FROST & TUNNICLIFF, for the appellant.

Messrs. LANPHERE & PRICE, for the appellees.

Mr. Justice Lawrence delivered the opinion of the Court:

This case is, in all its essential features, the same as the case of *Freeman* v. *Hartman*, *ante*, the two cases having been submitted together on the same argument. The same order must be entered in this case as in that.

*Decree affirmed.*